UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEMETRIA SOLOMON #932851,

    Plaintiff,

v.

UNKNOWN COOK, et al.,

    Defendants.
_____/

Case No. 1:23-cv-1193

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendants Ugboma, Luube, Odunuga, and Sherwood filed a motion for summary judgment. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on July 9, 2025, recommending that this Court grant the motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 30) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 25) is GRANTED.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendants Ugboma, Luube, Odunuga, and Sherwood are DISMISSED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith. See *McGore v. Wrigglesworth*,

2

114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

Dated:  August 7, 2025                        /s/  Paul L. Maloney  
                                                                Paul L. Maloney  
                                                                United States District Judge